AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                              DISTRICT OF                              New York

cominvest Asset Management GmbH

V.

Vivendi Universal, S.A., et al.

**APPEARANCE**

Case Number: 1:08-cv-1983 (RJH)

Case Related to: 1:02-cv-5571 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

cominvest Asset Management GmbH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/4/2008 | *William Narwold /lm* |
| Date | Signature |
| | William H. Narwold — WN-1713 |
| | Print Name — Bar Number |
| | Motley Rice LLC, 20 Church Street, 17th Floor |
| | Address |
| | Hartford — CT — 06103 |
| | City — State — Zip Code |
| | (860) 882-1676 — (860) 882-1682 |
| | Phone Number — Fax Number |