UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A. )
SECURITIES LITIGATION )
)
) No. 02 Civ. 5571 (RJH) (HBP)
This Document Relates To: ) **Motion to Admit Counsel Pro Hac Vice**
08 Civ. 1111 )
08 Civ. 01983 )
)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Leslie M. Kelleher, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Nathan D. Finch |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7801 / (202) 429-3301 |

Nathan D. Finch is a member in good standing of the Bar of the State of Virginia and the District of Columbia Bar. There are no pending disciplinary proceedings against Nathan D. Finch in any State or Federal Court.

305595

Dated: May 13, 2008
City, State: Washington, D.C.

Respectfully submitted,

*[signature: Leslie Kelleher]*

Leslie M. Kelleher
SDNY Bar. No. LK5943
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York  10152-34500
Phone:  (212) 319-7125
Fax:  (212) 644-6755

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | ) ) ) ) | No. 02 Civ. 5571 (RJH) (HBP) |
| This Document Relates To: 08 Civ. 1111 08 Civ. 01983 | ) ) ) ) ) | **Affidavit of Leslie M. Kelleher in Support of Motion to Admit Counsel Pro Hac Vice** |

State of New York    )
                     )  ss:
County of New York   )

Leslie M. Kelleher, being duly sworn, hereby deposes and says as follows:

1. I am Leslie M. Kelleher, counsel for plaintiffs in the above-captioned actions, and for individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Nathan D. Finch as counsel pro hac vice to represent the plaintiffs in the above captioned actions, and individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Nathan D. Finch since May of 2005.

4. Mr. Finch is a Member at Caplin & Drysdale, Chartered, in Washington, D.C.

5. I have found Mr. Finch to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Nathan D. Finch, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Nathan D. Finch, pro hac vice, which is attached hereto as Exhibit A.

305627

WHEREFORE it is respectfully requested that the motion to admit Nathan D. Finch, pro hac vice, to represent plaintiffs in the above-captioned actions, and to represent individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571, be granted.

Dated: May 13, 2008
City, State: Washington, D.C.

                                            Respectfully submitted,

                                            _____
                                            Leslie M. Kelleher
                                            SDNY Bar No. LK5943



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that NATHAN DAVID FINCH is an active member of the Virginia State Bar in good standing.

MR. FINCH was licensed to practice law in Virginia on OCTOBER 1, 1992, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued May 7, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NATHAN D. FINCH

was on the 10TH day of SEPTEMBER, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 8, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk



## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on May 13, 2008, I served a copy of the MOTION TO ADMIT COUNSEL PRO HAC VICE with the Admissions Clerk of the United States District Court for the Southern District of New York, by overnight delivery. I also caused copies of the same, and of this Certificate of Service, to be served on the following parties by the means indicated below:

Via Federal Express and e-mail to:

Damaris Hernández, Esq.
dhernandez@cravath.com
Paul C. Saunders, Esq.
psaunders@cravath.com
Daniel Slifkin, Esq.
dslifkin@cravath.com
Michael A. Paskin, Esq.
mpaskin@cravath.com
Michael T. Reynolds, Esq.
mreynolds@cravath.com
Timothy G. Cameron, Esq.
tcameron@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475

Caitlyn Campbell, Esq.
caitlyn.campbell@weil.com
James W. Quinn, Esq.
james.quinn@weil.com
Jonathan D. Polkes, Esq.
jonathan.polkes@weil.com
Penny R. Reid, Esq.
penny.reid@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Michael J. Malone, Esq.
mmalone@kslaw.com
Lisa Albert, Esq.
lalbert@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036

Martin L. Perschetz, Esq.
martin.perschetz@srz.com
Michael E. Swartz, Esq.
michael.swartz@srz.com
Einat Philip, Esq.
einat.philip@srz.com
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Via e-mail to:

David Kessler, Esq.
dkessler@sbtklaw.com
Stuart L. Berman, Esq.
sberman@sbtklaw.com
Darren J. Check, Esq.
dcheck@sbtklaw.com
Benjamin J. Hinerfeld, Esq.
bhinerfeld@sbtklaw.com
John A. Kehoe, Esq.
jkehoe@sbtklaw.com
Steven D. Resnick, Esq.
sresnick@sbtklaw.com
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087

William Narwold, Esq.
bnarwold@motleyrice.com
Ingrid L. Moll, Esq.
imoll@motleyrice.com
Michael E. Elsner, Esq.
melsner@motleyrice.com
Lee Walters, Esq.
lwalters@motleyrice.com
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

James M. Evangelista, Esq.
jevangelista@motleyrice.com
MOTLEY RICE LLC
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA 30308

Anthony J. Harwood, Esq.
aharwood@labaton.com
Mark S. Arisohn, Esq.
marisohn@labaton.com
Lawrence A. Sucharow, Esq.
lsucharow@labaton.com
Eric J. Belfi, Esq.
ebelfi@labaton.com
David J. Goldsmith, Esq.
dgoldsmith@labaton.com
Javier Bleichmar, Esq.
jbleichmar@labaton.com
Russell N. Jacobson, Esq.
rjacobson@labaton.com
Jesse Strauss, Esq.
jstrauss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Stuart M. Grant, Esq.
sgrant@gelaw.com
James J. Sabella, Esq.
jsabella@gelaw.com
Diane Zilka, Esq.
dzilka@gelaw.com
Christine M. Mackintosh, Esq.
cmackintosh@gelaw.com
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York. NY 10017

Robert J. Shapiro, Esq.
rshapiro@theshapirolawfirm.com
Jonathan S. Shapiro, Esq.
jshapiro@theshapirofirm.com
THE SHAPIRO FIRM
500 Fifth Avenue, 14th Floor
New York, NY 10110

Alexander Reus, Esq.
info@drrtlaw.com
DIAZ REUS ROLFF & TARG LLP
100 SE Second Street, Suite 2610
Miami, FL 33131

Matthew Gluck, Esq.
mgluck@milbergweiss.com
Michael C. Spencer, Esq.
mspencer@milbergweiss.com
William B. Scoville, Esq.
wscoville@milbergweiss.com
MILBERG WEISS LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

Arthur N. Abbey, Esq.
aabbey@abbeyspanier.com
Stephen T. Rodd, Esq.
srodd@abbeyspanier.com
Richard B. Margolies, Esq.
rmagolies@abbeyspanier.com
ABBEY SPAINER RODD & ABRAMS LLP
212 East 39th Street
New York, NY 10016

Brian C. Kerr, Esq.
bkerr@dreierllp.com
Olivia A. Vasilescu, Esq.
ovasilescu@dreierllp.com
DREIER LLP
499 Park Avenue
New York, NY 10022

Vincent R. Cappucci, Esq.
vcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, NY 10017

Laura J. Babcock, Esq.
ENTWISTLE & CAPPUCCI LLP
200 Business Park Drive, Suite 305
Armonk, NY 10504

R. Stan Mortenson, Esq.
rstanmortenson@bakerbotts.com
Paul F. Enzinna, Esq.
paul.enzinna@bakerbotts.com
Michael L. Calhoon, Esq.
michael.calhoon@bakerbotts.com
Heather Allen, Esq.
heather.allen@bakerbotts.com
Maureen P. Reid, Esq.
maureen.reid@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Steven R. Gustavson, Esq.
steven.gustavson@bakerbotts.com
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112

Morris Alexander Bowie, II, Esq.
mabowie@daypitney.com
James G. Szymanski, Esq.
jgszymanski@daypitney.com
Richard M. Lorenzo, Esq.
rlorenzo@daypitney.com
DAY PITNEY LLP
875 Third Avenue
28th Floor
New York, NY 10022

/s/ Denise A. Tolbert
Denise A. Tolbert
Caplin & Drysdale, Chartered
1 Thomas Circle, NW
Washington, DC 20005
(202) 862-5000
(202) 429-3301 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This Document Relates To:<br>    08 Civ. 1111<br>    08 Civ. 01983 | )<br>)<br>)<br>)     No. 02 Civ. 5571 (RJH) (HBP)<br>)     **Order for Admission Pro Hac Vice**<br>)            **on Written Motion**<br>)<br>) |

Upon the motion of Leslie M. Kelleher, attorney for the plaintiffs in the above-captioned actions, and for individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Nathan D. Finch |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7801 / (202) 429-3301 |
| Email Address: | ndf@capdale.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above-captioned actions, and for individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571, in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

305629

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____
City, State: _____

_____
Richard J. Holwell
United States District/Magistrate Judge